UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| CENTENNIAL BANK, as the successor-in-interest to HAPPY STATE BANK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| JERRY "BUD" HOLMES; JAY HOUSE; CHANNING BAISLEY; DREW PHILLIPS; ROSS GLENN; WILLIS MCCUTCHEON; MICHAEL JACKSON; JESSICA TERRELL; JASON WEST; SAMUEL "TREY" WEAVER; DEREK DOLLAHITE; DAVID HUTSO; BRIAN MURRAY; ISAC OVALLE; GREG HOULETTE; DIANA RICHARTE; and JAMES SIKES, | § § § § § § § § § § § § § | CIVIL ACTION NO. 5:23-CV-00044-H |
| Defendants. | § | |

## DEFENDANT JERRY "BUD" HOLMES' CERTIFICATE OF WRITTEN DISCOVERY

Defendant **JERRY "BUD" HOLMES** ("Holmes" or "Defendant") hereby certifies that *Defendant Jerry "Bud" Holmes' Objections and Responses to Plaintiff's Second Request for Production* have been served upon Plaintiff in this civil action, in accordance with the Federal Rules of Civil Procedure.

December 29, 2023

Respectfully submitted,

**CHAMPION LLP**

*/s/ Mark E. Torian*
Mark E. Torian
Texas Bar. No. 24028051
Mark.Torian@championllp.com

Theresa L. Melia
Texas Bar. No. 24099719
Theresa.Melia@championllp.com

Austin Champion
Texas Bar No. 24065030

Austin.Champion@championllp.com
----
2200 Ross Avenue
Suite 4500W
Dallas, Texas 75201
214-225-8880 | Main
214-238-8881 | Fax

**COUNSEL FOR DEFENDANT JERRY "BUD" HOLMES**

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, a true and correct copy of the foregoing pleading was served by electronic mail and/or by electronic filing service on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Mark E. Torian*
Mark E. Torian