IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| CENTENNIAL BANK, as successor-in-Interest to HAPPY STATE BANK, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | No. 5:23-CV-044-H |
| JERRY "BUD" HOLMES, et al., | | |
| Defendant. | | |

## ORDER[1]

Plaintiff Centennial Bank, as successor-in-interest to Happy State Bank (Centennial), filed a Motion to Compel American State Bank (ASB)—a third party at the time of filing—to comply with a subpoena Centennial served in accordance with FED. R. CIV. P. 45. ECF No. 150. ASB timely filed a response to the motion. ECF No. 161. But on May 29, 2024, Centennial filed a Second Amended Complaint, which added ASB as a Defendant. ECF No. 175. The same day, Centennial filed a Reply and Notice Regarding Motion to Compel, stating that because ASB has been joined as a party, "the [m]otion seeking to compel ASB to produce documents in response to the *third-party subpoena* is moot." ECF No. 177, at 1. Centennial represents that it "conferred with ASB's counsel, and ASB's counsel has confirmed its agreement that ASB's request for recovery of its fees and costs [as set forth in its response] is also moot as a result of these developments." *Id.* at 2. The parties therefore ask that the Court deny the motion as moot "and direct that each party bear its own costs." *Id.*

---

[1] The Honorable James Wesley Hendrix, United States District Judge, has referred the motion to the undersigned United States Magistrate Judge for resolution. ECF No. 152.

In accordance with the parties' agreement, the Court **DENIES as moot** Centennial's Motion to Compel. ECF No. 150. It is further **ORDERED** that each party shall bear its own costs in connection with prosecution of the motion.

**SO ORDERED.**

Dated: June 6, 2024.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE