IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| **CENTENNIAL BANK, as the successor-in-interest to HAPPY STATE BANK,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AMERICAN STATE BANK, JERRY "BUD" HOLMES, JAY HOUSE, CHANNING BAISLEY, DREW PHILLIPS, ROSS GLENN, WILLIS MCCUTCHEON, MICHAEL JACKSON, JESSICA TERRELL, DEREK DOLLAHITE, and JAMES SIKES,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 5:23-cv-00044-H** |

**JOINT STIPULATION AND ORDER REGARDING SUBPOENA TO PRODUCE DOCUMENTS TO NON-PARTY BRANDON STEELE**

Defendant American State Bank ("ASB") and Plaintiff Centennial Bank, as the successor-in-interest to Happy State Bank by way of merger ("Happy Bank") hereby jointly stipulate and move the Court for an order consistent with FED. R. CIV. P. 45(d)(3) modifying the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena") served on Non-Party Brandon Steele ("Steele") by Happy Bank. *See* ECF No. 202.[1]

The Court is of the opinion that the parties' request for entry of the Joint Stipulation should be **GRANTED**. *Id.*

[1] The Honorable James Wesley Hendrix, United States District Judge, referred the Motion to Quash (ECF No. 197) to the undersigned United States Magistrate Judge for resolution. ECF No. 198.

**IT IS THEREFORE ORDERED** that the following procedure shall be employed with respect to Steele's production of documents in response to the Subpoena:

(a) prior to the production of documents to Happy Bank responsive to the Subpoena, Steele shall provide to counsel of record for ASB all documents that he intends to produce to Happy Bank;

(b) within ten (10) days of receipt of those documents, ASB shall designate which, if any, of the documents it contends are privileged ("Designated Privileged Documents") and/or confidential ("Designated Confidential Documents") and so notify Steele in writing by email;

(c) ASB will contemporaneously with its notification in subpart (b) above produce to Happy Bank's counsel: (1) all Designated Confidential Documents with appropriate Confidentiality tags under the Protective Order, and (2) all documents that Steele provided to ASB which are neither Designated Privileged Documents nor Designated Confidential Documents;

(d) within twenty (20) days of the receipt of documents from Steele, ASB will provide to Happy Bank's counsel a log of the Designated Privileged Documents, which contains sufficient detail so as to afford Happy Bank the ability to evaluate ASB's privilege assertions; and

(e) Happy Bank retains the right to challenge ASB's privilege assertions, in which event, ASB, not Steele, will be required to support its objections at its expense.

In light of the parties' agreement, the Court **DENIES as moot** the pending Motion to Quash or Modify Subpoena. ECF No. 197.

**SO ORDERED.**

Dated: July 30, 2024.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE

Dated: July 23, 2024

Respectfully submitted,

*/s/ James W. Bowen*
James W. Bowen
jbowen@huntonak.com
State Bar of Texas 02723305
Jennifer L. Clyde
jclyde@huntonak.com
State Bar of Texas 24101032
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
Telephone: 214-979-3000
Facsimile: 214-880-0011

**ATTORNEYS FOR DEFENDANT AMERICAN STATE BANK**

*/s/ John Turner*
John Turner
Texas Bar No. 24028085
john.turner@haynesboone.com
Jason N. Jordan
Texas Bar No. 24078760
jason.jordan@haynesboone.com
Tiffany M. Cooke
Texas Bar No. 24087340
tiffany.cooke@haynesboone.com
Tammie Banko
Texas Bar No. 24116066
tammie.banko@haynesboone.com
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

-and-

Fernando M. Bustos
Texas Bar No. 24001819
fbustos@bustoslawfirm.com
Brandon C. Callahan
Texas Bar No. 24096175
bcallahan@bustoslawfirm.com
**BUSTOS LAW FIRM, P.C.**
1001 Main Street, Suite 501
Lubbock, TX 79408
Telephone: (806) 780-3976
Telecopier: (806) 780-3800

**ATTORNEYS FOR PLAINTIFF CENTENNIAL BANK, AS THE SUCCESSOR-IN-INTEREST TO HAPPY STATE BANK**