UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MAR 21 2025 PM 5:02
FILED - USDC - NDTX - LU

| | |
|---|---|
| CENTENNIAL BANK, as the successor-in-interest to HAPPY STATE BANK,<br><br>   Plaintiff,<br><br>v.<br><br>JERRY "BUD" HOLMES, et al.,<br><br>   Defendants. | No. 5:23-CV-044-H |

## ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 275. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The parties are directed to submit either a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order or a joint status report regarding the settlement by May 23, 2025.

So ordered on March 21, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE