UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CENTENNIAL BANK, as the successor-in-interest to HAPPY STATE BANK,

    Plaintiff,

v.

JERRY "BUD" HOLMES, et al.,

    Defendants.

No. 5:23-CV-044-H

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 282. The joint stipulation is approved. It is ordered that all claims asserted in this action are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on October 14, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE